IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06cr00338-010 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IRFAN ITAYEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on April 13, 2011, upon the request of the United States Pretrial and Probation Office for a finding that defendant has violated the conditions of his supervised release.  The violation report was earlier referred to United States Magistrate Judge Limbert for a Report and Recommendation which was filed on March 24, 2011 [Doc. 630].  The Report and Recommendation noted that defendant admitted to the violation of failing to pay assessed jury costs.

Defendant, on April 13, 2011, was present and represented by Attorney Carlos Warner. No objections to the Report and Recommendation having been filed and the defendant again admitting to the report in the violation, the Court adopted the Report and Recommendation of the Magistrate Judge and found defendant violated the conditions of his supervision as follows:

      1) failure to pay assessed jury costs.

The Court, after hearing from counsel for both plaintiff and defendant, sentenced defendant to a term of 1 day in custody of the U.S. Marshal to be served April 13, 2011, and

imposed an additional 2 years of supervised release under the same conditions earlier imposed. Additionally, the Court imposed a fine in the amount of the $2728.00.  Said fine is to be paid in monthly installments of not less than $20.00 per month until paid in full.  The Court also ordered that payment of the fine would be a further condition of Defendant's supervised release which would be extended for two years.  Finally, any monies received by defendant from Portage County Court Case No. 2009-1499 shall be applied to the outstanding fine.

      The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio to serve the imposed incarceration of 1 day


Dated: April 15, 2011                                                 *s/    James S. Gwin*
                                                                      JAMES S. GWIN
                                                                      UNITED STATES DISTRICT JUDGE